**Order entered November 14, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00397-CR**
**No. 05-13-00399-CR**
**No. 05-13-00406-CR**
**No. 05-13-00407-CR**

**OCTAVIOUS JAMES JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-20340-W, F08-20341-W, F12-70580-W, F12-70581-W**

## ORDER

In his brief, appellant raises issues related to the costs assessed against him. The records, however, do not contain cost bills or other documents with itemized lists of costs assessed in the cases.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing detailed itemizations of the costs assessed in these cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bills shall be signed by the officer who charged the costs or the officer who is entitled to*

*receive payment for the costs.* We further **ORDER** that the supplemental clerk's records include documents explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE